No. 92–5179. MORENO FELIX v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5180. CAIN v. MORGAN, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5181. BOSTIC ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5183. COCKERHAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5185. CENTENO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5186. CIPRIANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5187. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5189. SERRANO-ARRECHE ET AL. v. CORREA-FLORES. Sup. Ct. P. R. Certiorari denied.

No. 92–5190. BESHORE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5191. BOGGAN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–5192. RODRIGUEZ v. TOOMBS ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–5193. DEMPSEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5195. MESTRE v. NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 92–5196. SCHROCK v. TURBOW. Ct. App. Ohio, Lake County. Certiorari denied.

No. 92–5197. TURNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5198. THOMPSON v. MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.